IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-261-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANNY MARIO HORNE, | ) | |

This matter is before the Court upon motion of Defendant to appoint new counsel. For good cause shown, the motion is allowed. It is ordered further that the Federal Public Defender's Office is directed to assign new counsel for Defendant.

For good cause shown, Defendant's arraignment hearing is hereby continued to the term of criminal court commencing on June 13, 2017.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this 13th day of April, 2017.

ROBERT B. JONES, JR.
United States Magistrate Judge